UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:18-cv-01402-ODW-MRW | Date | July 11, 2018 |
|---|---|---|---|
| Title | *Nicole Perez-Krueger v. Equifax, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**               **In Chambers**

In light of the Plaintiff's recent Dismissal of Action with Prejudice (ECF No. 23), the Court **DISMISSES** this action with prejudice.

The Court **VACATES** all other dates and deadlines in this action, and the Clerk of the Court shall close the case.

                                                                          :    00

                                           Initials of Preparer    SE